```
 1                IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION

 3
    ASHISH RAO, individually and as     )   No. 08 C 6895
 4  Collective Action Representative as )
    permitted Under the Fair Labor      )
 5  Standards Act,                      )
                                        )
 6                  Plaintiffs,         )
                                        )
 7            v.                        )   Chicago, Illinois
                                        )   June 18, 2009
 8  ATLAS COMPUTER CONSULTANTS, INC.,   )   9:00 a.m.
    and SAM REDDY and RAJ GUPTA,        )
 9  individually and in their official  )
    capacities as an "employer" as      )
10  defined under Illinois law,         )
                                        )
11                  Defendants.         )   Motion

12
                       TRANSCRIPT OF PROCEEDINGS
13               BEFORE THE HONORABLE DAVID H. COAR

14  APPEARANCES:

15  For the Plaintiff:         THE LAW FIRM OF JOHN C. IRELAND
                               1921 Charles Lane
16                             Aurora, Illinois  60505
                               BY:  MR. JOHN C. IRELAND
17

18  For the Defendants:        SCHMIDT & BARBROW
                               128 South County Farm Road
19                             Suite B
                               Wheaton, Illinois  60187
20                             BY:  MR. MARK T. SCHMIDT

21

22

23            TRACEY DANA McCULLOUGH, CSR, RPR
                    Official Court Reporter
24               219 South Dearborn Street
                        Room 1420
25               Chicago, Illinois 60604
                      (312) 922-3716
```

PDF created with pdfFactory trial version www.pdffactory.com

1         THE CLERK: 08 C 6895, Rao versus Atlas Computer
2 Consultants, scheduling conference.
3         MR. SCHMIDT: Your Honor, good morning.
4         THE COURT: Good morning.
5         MR. SCHMIDT: Mark Schmidt, S-C-H-M-I-D-T, of Schmidt
6 & Barbrow on behalf of the defendants.
7         THE COURT: All right.
8         MR. IRELAND: Good morning, Your Honor. John Ireland
9 for the plaintiff.
10        MR. SCHMIDT: When we were last before the Court, Your
11 Honor, I advised the Court that we had achieved a settlement as
12 a result of a face to face meeting in Ottawa. We were getting
13 the documents together. I sent my colleague last week a motion
14 to be presented by agreement for approval of the settlement.
15 The Court believed that this being an FLSA case, the Court
16 should look at the settlement document.
17        The settlement documents have gone back and forth.
18 Mr. Ireland and I worked very hard not only Tuesday but
19 yesterday, and the last corrections and changes that were to be
20 made were sent to Mr. Ireland last night. He caught one thing
21 that I was supposed to delete. I, in fact, made that deletion
22 and sent him a little after 5:00 o'clock last night what I
23 believe to be the final agreement of the parties.
24        THE COURT: All right. I'll continue this over till
25 next Wednesday, the 24th at 9:30.

PDF created with pdfFactory trial version www.pdffactory.com

```
 1                THE CLERK:  At 9:30 or 9?
 2                THE COURT:  I'm sorry.  At 9:00 o'clock.
 3                MR. SCHMIDT:  Your Honor, thanks.  We'll get that
 4    stuff to you ahead of time.
 5                THE COURT:  All right.  Thank you.
 6                MR. IRELAND:  My apologies to the Court, Your Honor.
 7    I have a deposition that is scheduled on that date, Your Honor.
 8    If I could ask for a different date or perhaps I think we
 9    should have everything in agreement, if my presence could be
10    excused on that day.
11                THE COURT:  All right.  I'll excuse your presence on
12    that day.
13                MR. IRELAND:  Very good.
14                THE COURT:  All right.
15                MR. IRELAND:  Thank you, Your Honor.
16                THE COURT:  Thank you.
17                MR. SCHMIDT:  Your Honor, thanks for your help.
18                THE COURT:  Thank you.
19
20
21
22
23
24
25
```

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | CERTIFICATE |
| 2 | I HEREBY CERTIFY that the foregoing is a true, correct |
| 3 | and complete transcript of the proceedings had at the hearing |
| 4 | of the aforementioned cause on the day and date hereof. |
| 5 | |
| 6 | */s/TRACEY D. McCULLOUGH*     *June 22, 2009* |
| 7 | Official Court Reporter                Date |
| 8 | United States District Court<br>Northern District of Illinois<br>Eastern Division |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

PDF created with pdfFactory trial version www.pdffactory.com